# EXHIBIT 1



**CT Corporation**
**Service of Process Notification**
07/14/2023
CT Log Number 544287440

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | Jessica Garcia, Paralegal<br>Bird Rides, Inc.<br>8605 SANTA MONICA BLVD., #20388<br>WEST HOLLYWOOD, CA 90069 |
| **RE:** | **Process Served in Florida** |
| **FOR:** | BIRD RIDES, INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: STACI SCHULTZ // To: BIRD RIDES, INC. |
| **CASE #:** | 2023CA000622 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | NRAI Services, Inc., Plantation, FL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 07/14/2023 at 15:02 |
| **JURISDICTION SERVED:** | Florida |
| **ACTION ITEMS:** | CT will retain the current log<br><br>Image SOP<br><br>Email Notification,  Clint Johnson  clint@bird.co<br><br>Email Notification,  Jessica Garcia  jessica.garcia@bird.co<br><br>Email Notification,  Lisa Murison  lisa.murison@bird.co<br><br>Email Notification,  Chase Greene  chase.greene@bird.co<br><br>Email Notification,  Jason Orr  jason.orr@bird.co<br><br>Email Notification,  Francis Lam  francis.lam@bird.co<br><br>Email Notification,  Megan McDonough  megan.mcdonough@bird.co |
| **REGISTERED AGENT CONTACT:** | NRAI Services, Inc.<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>866-539-8692<br>CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Jul 14, 2023
**Server Name:** Warren Sua

| Entity Served | BIRD RIDES, INC. |
|---|---|
| Case Number | 2023 CA 000622 |
| Jurisdiction | FL |

| Inserts | | |
|---|---|---|
| | | |



IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

STACI SCHULTZ

    PLAINTIFF,

Vs.

                      CASE NO:   2023 CA 000622
                      DIVISION:  F-CIVIL

BIRD RIDES INC

    DEFENDANT,

                     **SUMMONS**

Date:_____
Time:_____
Initial:_____
ID#:_____

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint in the above styled cause upon the defendant **BIRD RIDES INC  8605 SANTA MONICA BLVD., #20388 WEST HOLLYWOOD, CA 90069**

Each defendant is hereby required to serve written defenses to said complaint on

    plaintiff's attorney(s), whose address is

        **TRAVIS A BRIGHT JR**
        **MICHLES & BOOTH, PA**
        **501 BRENT LANE**
        **PENSACOLA, FL 32503**

within **20 days** after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on said attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the complaint.

Witness, my hand and the seal of this Court on this **24th day of March, 2023**
PAM CHILDERS
CLERK OF THE CIRCUIT COURT
By: _Cheri L. Sligh_ (signature)
Deputy Clerk

* Except when suit is brought pursuant to Section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to Section 768.28, Florida Statutes, the time to be inserted is 30 days.

CASUM2053P

Warren Sua
1547
2023/07/14 15:02:19

IN THE CIRCUIT COURT
IN AND FOR ESCAMBIA COUNTY, FLORIDA

STACI SCHULTZ,

    Plaintiff,

vs.                                          CASE NO.: _____
                                            DIVISION: _____
BIRD RIDES, INC.

    Defendant.
_____/

## PLAINTIFFS' COUNSEL'S DESIGNATION OF EMAIL ADDRESSES

Plaintiff's counsel, TRAVIS A. BRIGHT, JR. and MARCUS J. MICHLES II, of the firm Michles & Booth, P.A., pursuant to Fla. R. Jud. Admin. 2.516(b)(1)(A), hereby designates the following primary and secondary email addresses for email service of pleadings and documents in the above referenced case:

Primary email address:        courtdocs@michlesbooth.com

Secondary email address:    filing@michlesbooth.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been served upon Defendant, BIRD RIDES, INC., along with the Complaint in this matter, by a duly licensed and authorized process server.

_____
TRAVIS A. BRIGHT, JR.
FL Bar No.: 107162
MARCUS J. MICHLES II
FL Bar No.: 623806
MICHLES & BOOTH, P.A.
501 Brent Lane
Pensacola, Florida 32503
850.438.4848 – Telephone
850.437.5556 – Facsimile
Primary: courtdocs@michlesbooth.com
Secondary: filing@michlesbooth.com
*Counsel for Plaintiff*

Filing # 169199421 E-Filed 03/21/2023 09:54:34 AM

IN THE CIRCUIT COURT
IN AND FOR ESCAMBIA COUNTY, FLORIDA

STACI SCHULTZ,

    Plaintiff,

vs.

BIRD RIDES, INC.

    Defendant.

CASE NO.: _____
DIVISION: _____

_____/

## COMPLAINT

COMES NOW Plaintiff, STACI SCHULTZ, by and through the undersigned counsel and sues Defendant, BIRD RIDES, INC., for damages and alleges:

1. This is an action for damages in excess of Fifty Thousand and 00/100 Dollars ($50,000.00).

2. That at all times material to this action, Plaintiff was a resident of Escambia County, Florida.

3. That at all times material to this action, Defendant, BIRD RIDES, INC., is a corporation for profit engaging in the sales, distribution, and rental of a product namely the Bird scooter, within the State of Florida and may be served with civil process by serving its Registered Agent, National Registered Agents, INC., 1200 South Pine Island Rd, Plantation, Florida 33324.

4. That on or about October 10, 2021, Plaintiff, STACI SCHULTZ, rented a Bird scooter in Escambia County, Florida, that was distributed and offered for rent by Defendant, BIRD RIDES, INC.

5. That on or about the above date, Defendants were under a duty to distribute, sell and offer for rent, a safe product namely the Bird scooter for use by consumers.

6. That Defendants did breach this duty when they distributed, sold and offered for rent a defective Bird scooter to STACI SCHULTZ which failed to brake under normal intended use injuring Plaintiff.

7. Said product was in substantially the same condition when it failed to brake as it was when it was received by Plaintiff from Defendants.

8. That as a result of this breach of said duty Plaintiff STACI SCHULTZ suffered a serious injury and scarring to her left leg and foot.

9. That on or about the above date, the Defendants knew or should have known that this dangerous and defective condition existed as set out in the foregoing paragraphs.

10. Under Florida law, Defendants are strictly liable for STACI SCHULTZ's injuries.

11. That as a result of the negligence and strict liability of the Defendants, Plaintiff STACI SCHULTZ suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, STACI SCHULTZ, demands judgment against Defendants, BIRD RIDES, INC., for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

DATED this _____ day of March, 2023.

TRAVIS A. BRIGHT, JR.
FL Bar No.: 107162
MARCUS J. MICHLES II
FL Bar No.: 623806
MICHLES & BOOTH, P.A.
501 Brent Lane
Pensacola, FL 32503
Telephone: (850) 438-4848
Facsimile: (850) 437-5556
Primary Designated Email Address:
courtdocs@michlesbooth.com
Secondary Designated Email Address:
filing@michlesbooth.com
Counsel for Plaintiff